UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| CLARENCE R. BURRIS | CIVIL ACTION NO. 13-0353 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CAROLYN W. COLVIN, ACTING COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is hereby **REVERSED** and **REMANDED** pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent therewith.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 11th day of April, 2014.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE